UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
SILAS CLYDE CHRISTIAN IV                     CASE NO. 20-10631
11251 S STATE STREET H 102                   JUDGE BENJAMIN A. KAHN
SANDY, UT  84070

    DEBTOR

SSN(1) XXX-XX-6205                           DATE: 03/12/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AES/PHEAAELT<br>P O BOX 2461<br>HARRISBURG, PA  17105 | $0.00<br>INT:  .00%<br>NAME ID:  182873<br>CLAIM #:  0004 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0002<br>COMMENT: |
| BANK OF AMERICA NA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $11,259.22<br>INT:  .00%<br>NAME ID:  173370<br>CLAIM #:  0005 | (U) UNSECURED<br><br>ACCT:  7871<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $4,420.58<br>INT:  .00%<br>NAME ID:  180320<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT:  0996<br>COMMENT: |
| DISCOVER BANK<br>P O BOX 3025<br>NEW ALBANY, OH  43054-3025 | $14,925.71<br>INT:  .00%<br>NAME ID:  119635<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT:  9679<br>COMMENT: |
| DISCOVER PERSONAL LOANS<br>P O BOX 6105<br>CAROL STREAM, IL  60197 | $16,042.95<br>INT:  .00%<br>NAME ID:  112594<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT:  8090<br>COMMENT: |
| ECMC<br>LOCKBOX 8682<br>P O BOX 16478<br>SAINT PAUL, MN  55116-0478 | $56,259.35<br>INT:  .00%<br>NAME ID:  141294<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT:  6205<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID:  1159<br>CLAIM #:  0013 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $6,180.09<br>INT:  .00%<br>NAME ID:  43307<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT:  9753<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10631

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $4,847.79<br>INT:  .00%<br>NAME ID:  177774<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT:  9566<br>COMMENT:  LOWES |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $9,023.93<br>INT:  .00%<br>NAME ID:  162216<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT:  2628<br>COMMENT: |
| PHH MORTGAGE<br>PHH MORTGAGE SERVICES<br>MAILSTOP SBRP P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $0.00<br>INT:  .00%<br>NAME ID:  183003<br>CLAIM #:  0001 | (S) SECURED<br>DIRECT PAY<br>ACCT:  6462<br>COMMENT:  DT RERP,DIR,221OR,SALE |
| WORLD OMNI FINANCIAL CORP<br>P O BOX 991817<br>MOBILE, AL  36691-1817 | $26,178.93<br>INT:  5.25%<br>NAME ID:  2156<br>CLAIM #:  0002 | (V) VEHICLE-SECURED<br><br>ACCT:  3820<br>COMMENT:  18TOYO |
| WORLD OMNI FINANCIAL CORP<br>ATTN BANKRUPTCY<br>P O BOX 991817<br>MOBILE, AL  36691 | $0.00<br>INT:  .00%<br>NAME ID:  177603<br>CLAIM #:  0003 | (U) UNSECURED<br>NOT FILED<br>ACCT:  3820<br>COMMENT: |
| **TOTAL:** | **$149,190.55** | |
| LYNN E COLEMAN<br>ATTORNEY-MEDIATOR<br>P O BOX 311<br>KERNERSVILLE, NC  27285 | $4,900.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/12/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice